and also to observe something that, um, sometimes George v. Jeremiah Page Rice, appellant by Charles Shearer Oops. Proceed.  My name is Charles Shearer and I have the pleasure of representing the appellant, Jeremiah Page Rice. And the issue in this case is whether, in light of the 2016 amendment to the Cannabis Control Act, whether or not the smell of burnt cannabis alone, so the smell of burnt cannabis alone, can stand for probable cause to search a vehicle. We contend it does not, and there are at least two other states that have agreed with us. But in Illinois specifically, I believe that this is a matter of first impression. I have not found the case, except there was a recent case out of the 1st District. It was N. Ray O. S. Minor and it is 2018 I. L. App 1st 171765. It was decided June 26 of this year. What's the citation like? Yes, sir. 2018 I. L. App 1st 171765. Decided June 26. By implication, are you asking to supplement the argument for that position? Yes, sir. Is there any objection to that? Just to make a note that the state has not received a copy of this case and will not be able to connect for argument. Thank you. The trial court... So do that in seven days. Yes, sir. In seven days. Just file a sheet of paper with that citation and let June mention our argument. Yes, sir. Essentially, that case, the trial court in Bureau County, and in the state's argument, the bottom line is they say that decriminalization is not synonymous with legalization. That's the pushback on the appellant's position. But we asked the court to look at it a little bit differently. That what we are saying is that he smelled alone. In this case, Trooper Caspary of the Illinois State Police pulled over Mr. Rice on I-80 and walked up to the car, he pulled it over for speeding, and he testified that the second he smelled cannabis, the second he had probable cause. And he testified that he saw nothing else. He made no other observation. There wasn't smoke from anything actively burning. And mind you, he said burnt. He didn't describe it as burning. He described it as burnt. But he saw no smoke. He saw no paraphernalia. He saw no ashes. He saw no joint. He saw no rolling papers, no lighter. Nothing that might suggest something happening current. Well, there are a lot of times where...